NUMBER 13-11-00258-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT
OF TEXAS

 

CORPUS CHRISTI - EDINBURG

                                                        
             

 

IN RE CASSANDRA
WALKER

            
                                                         

 

On Petition for Writ
of Mandamus.

                                            
                         

 

MEMORANDUM OPINION

 

Before Justices Garza,
Vela, and Perkes

Memorandum Opinion Per
Curiam

 

Relator,
Cassandra Walker, has filed a petition for writ of mandamus in which she contends
that respondent, the Honorable Laura Betancourt, presiding judge of the County
Court at Law Number Two of Cameron County, Texas, abused her discretion,
leaving relator without an adequate appellate remedy, by:  (1) “refus[ing] to
enter an Order Granting Nonsuit”; (2) entering an “Order With Additional
Provisions Anent The Temporary Guardianship Pending Contest”; and (3) entering
an “Order To Place Liquid Assets of Billy Joe Williamson In Registry Of The
Court” in trial court cause number 2011-CGC-2, styled In the Guardianship of
Billy Joe Williamson, An Incapacitated Person.  The real parties in
interest in this proceeding are:  Roger McKnight, the temporary guardian of the
estate and person of Billy Joe Williamson; Ruben Herrera, the court-appointed
attorney ad litem for Billy Joe Williamson; and Annabell Alegria, the
court-appointed guardian ad litem for Billy Joe Williamson.

Having reviewed and fully considered
relator’s petition and a response thereto filed by real party in interest
McKnight, this Court is of the opinion that relator has not shown herself
entitled to the relief requested and that the petition should be denied. 
Accordingly, relator’s petition for writ of mandamus is DENIED.

 

                                                                                                PER
CURIAM

 

Delivered
and filed the

12th
day of May, 2011.